574

bursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ GRAHAM M. BRUSH, SR., Individually and as a Stockholder of SEATRAIN LINES, INC., Suing on His Own Behalf and On Behalf of Said Corporation and on Behalf of Defendant, SHIP CONTAINER CORPORATION, a Wholly Owned Subsidiary of Seatrain Lines, Inc., Respondent, v. ALFRED BRITTAIN et al., Appellants, et al., Defendants.— Order unanimously reversed on the facts and on the law, with $20 costs and disbursements to the appellants, and the motion to examine the defendants-appellants before trial is denied, with $10 costs. Although the complaint is verified it consists for the most part of generalized charges and conclusory allegations. The papers offered in support of the motion do not contain factual allegations of evidentiary value to establish charges of wrongdoing or improper conduct (see *Van Aalten* v. *Mack,* 7 A D 2d 289; *Price* v. *Groves,* 258 App. Div. 35), nor are special circumstances shown which warrant such examination. (New York County Supreme Court Trial Term Rules, rule XI, subd. 7; see *Van Aalten* v. *Mack, supra.*) Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between PUBLISHERS' ASSOCIATION OF NEW YORK CITY, Respondent, and NEW YORK STEREOTYPERS' UNION NUMBER ONE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MARY COOPER, Respondent, v. BERNARD G. WALPIN et al., Appellants.— Order so far as appealed from affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ NATHAN M. SLATER, Respondent, v. MARTHA C. SLATER, Appellant.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ NATHAN M. SLATER, Respondent, v. MARTHA C. SLATER, Appellant.— Motion to dismiss appeal denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ EDWARD TOLEDANO, Respondent, v. ROGER WHITE et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of the Probate of the Will of SARA SANDBERG, Deceased. CAROL A. BROWN et al.; LEON SANDBERG.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ ROSEANN BASIL v. CITY OF NEW YORK. CITY OF NEW YORK v. RUSS REALTY CORPORATION.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for leave to reargue dismissed. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ In the Matter of RAYMOND J. SCANLAN, JR., et al., against ROBERT F. WAGNER et al., Constituting the Board of Estimate and Apportionment of the City of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of the Accounting of HOWARD SPINGARN et al., as Executors of LEOPOLD SPINGARN, Deceased. CLAIRE SPINGARN; PAULINE B. PAGLIN